### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| PAUL POGUE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION 05-0596-WS-C |
| | ) |
| INTERNATIONAL PAPER COMPANY, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

This matter is before the Court on the defendant's motion to strike the plaintiff's first amended complaint.  (Doc. 8).  "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is filed ....  Otherwise a party may amend the party's pleading only by leave or court or by written consent of the adverse party ...."  Fed. R. Civ. P. 15(a).  The defendant has filed an answer, (Doc. 5), and the plaintiff has neither submitted the defendant's written consent to the filing of an amended complaint nor moved the Court for an order allowing him to amend his complaint.[1]  Accordingly, the defendant's motion to strike the amended complaint is **granted**.  It is **ordered** that the amended complaint is **stricken**, without prejudice to the plaintiff's ability to seek amendment by proper channels.[2]

DONE and ORDERED this 13th day of December, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1]"An application to the court for an order shall be by motion ...."  Fed. R. Civ. P. 7(b)(1).

[2]The Court recognizes that the plaintiff is proceeding without counsel.  However, "both the Supreme Court and [the Eleventh Circuit] have concluded that a defendant's pro se status in civil litigation generally will not excuse mistakes he makes regarding procedural rules." *Nelson v. Barden*, 145 Fed. Appx. 303, 311 n.10 (11th Cir. 2005); *accord* Local Rule 83.9 ("All litigants proceeding  pro se shall be bound by and comply with all local rules of this Court, and the Federal Rules of Civil ... Procedure, unless otherwise excused from operation of the rules by court order.").